1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA 93721
3  Telephone: 559-233-1000
   Facsimile: 559-233-6044
4
5  Attorney for Defendant, LESLIE PETER BOWCUT

FILED

2005 MAY 16  P 2: 06

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-02-5301 OWW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER** |
| v. | ) | |
| LESLIE PETER BOWCUT, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney that because of a mutual misunderstanding concerning the governments recommendation at sentencing, it is necessary to continue the Hearing on the Report of the Probation Officer from Monday, May 16, 2005 at 1:30 p.m. to Tuesday, May 31, 2005 at 1:30 p.m.

Respectfully submitted,

DATED: May 12, 2005           /s/ Salvatore Sciandra
                              _____
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              LESLIE PETER BOWCUT

/ / /
/ / /
/ / /
/ / /

1  ///
2  ///
3  ///
4  DATED: May 12, 2005                    /s/ Jonathan B. Conklin
5                                         JONATHAN B. CONKLIN
                                          Assistant United States Attorney
6
                                          Stipulation was agreed to with Mr. Conklin.
7  ///
8  ///
9  ///
10
                                          **ORDER**
11
12         **IT IS SO ORDERED.**

13    DATED: May 16, 2005                  _____
14
15                                         HONORABLE OLIVER W. WANGER
                                           United States District Court Judge,
                                           Eastern District of California
16
...
28

U.S. v. BOWCUT
STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER
CASE NO.: CR-F-02-5301-OWW

2