```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    DAVID L. GAPPA
 3  Assistant U.S. Attorneys
    3654 Federal Building
 4  1130 "O" Street
    Fresno, California 93721
 5  Telephone: (559) 498-7272
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR. F. NO. 02-5301 OWW
                                 )
11                 Plaintiff,    )
                                 )   STIPULATION TO CONTINUE
12       v.                      )   SENTENCING HEARING
                                 )
13                               )
                                 )
14  LESLIE PETER BOWCUT,         )
                                 )
15                               )
                   Defendant.    )
16  _____)
17       It is hereby stipulated by and between the parties that the
18  sentencing hearing in the above-entitled matter, currently set
19  for June 20, 2005, shall be continued to August 22, 2005, to
20  allow for additional time for defense counsel to file a response
21  to the presentence report and for the government to respond to
22  such filing.  This delay is necessitated by that fact defense
23  counsel is currently involved in a civil trial before the
24  Honorable Anthony W. Ishii.  It is anticipated such trial may
25  //
26  //
27
28
                                    1
```

last an additional two weeks.  Defense counsel also has a pre-planned vacation for three weeks in July, 2005.

                                      MCGREGOR W. SCOTT
                                      United States Attorney

DATED: June 16, 2005          By /S/ Jonathan B. Conklin
                                      JONATHAN B. CONKLIN
                                      Assistant U.S. Attorney


DATED: June 16, 2005____      By /S/ Salvatore Sciandra
                                      Salvatore Sciandra
                                      Attorney for Defendant


IT is hereby ordered that the sentencing hearing currently set for June 20, 2005, shall be continued to August 22, 2005, to allow additional time for the filing of motions related to sentencing.

                                      /s/ OLIVER W. WANGER

DATE: June 16, 2005           _____
                                      Oliver W. Wanger
                                      United States District Court Judge